Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California  94123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
WALTER PALMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>vs.<br><br><br>WALTER PALMA<br>       Defendant. | Case No.  CR-08-00730 WHA<br><br><br><br>**STIPULATION AND [Proposed]**<br><br>**Order to Continue Sentencing Hearing** |

The parties, by and through their respective attorneys, Wilson Leung, A.U.S.A. for the United States and Anthony J. Brass for the defendant Walter Palma, hereby stipulate to continue the sentencing hearing currently set for March 16 at 1:30 PM to December 7, 2010 at 1:30 PM.

This is agreed because the pre-sentence interview has not occurred and therefore, a pre-sentence report has not been completed in this matter.

Wherefore it is stipulated between parties that the hearing date be continued from March 16, 2010 at 1:30 PM to December 7, 2010 at 1:30 PM.

SO STIPULATED:

 /s/ Anthony Brass                              March 11, 2010
Anthony J. Brass                                        Date
Attorney for Defendant Walter Palma


/s/Wilson Leung                                  March 11, 2010
Wilson Leung                                           Date
Attorney for United States of America


SO ORDERED:

                                                         March 15, 2010.
_____                       _____
HONORABLE WILLIAM ALSUP                                 Date
United States District Judge

*U.S. v. Palma*
Stipulation and Order To Continue Hearing