Anthony Brass (SBN 173302)
Attorney at Law
3223 Webster Street
San Francisco, CA 94123
Telephone: (415) 922-5462
Facsimile:  (415) 346-8987
Email: Tony@brasslawoffice.com

Attorney for Defendant Walter Palma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff<br>     v.<br><br>Walter Palma<br><br>         Defendant. | CASE NO. CR 08-730<br><br>~~[PROPOSED]~~ SEALING ORDER TO FILE DEFENSE COUNSEL'S DECLARATION UNDER SEAL |

IT IS HEREBY ORDERED THAT, for the reasons set forth above, the declaration of defense counsel regarding the circumstances of   withdrawal from the Joint Defense Agreement is hereby filed under seal until further order of this Court.

SO ORDERED

DATED: February  16 , 2011

_____

HON. WILLIAM ALSUP

United States District Judge

1